IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05 - CV – 00500-EWN-MJW

JEWISH DEFENSE LEAGUE, INC.

    Plaintiff,

v.

SHELLEY RUBIN

    Defendant.

---

**ORDER RE: DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS**
( Docket No. 35 )

---

This matter coming before the Court on Defendant's Unopposed Motion for Leave to File Requests for Production of Documents and Requests for Admissions, the Court being duly advised of the premises does hereby:

  __X__  Grant Defendant's Motion

  _____  Deny Defendant's Motion

Done this 23rd day of September, 2005.

*/s/ Michael J. Watanabe*
~~Magistrate Watanabe~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

4