IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action NO. 05-CV-00500-EWN- MJW

Jewish Defense League Inc.
    Plaintiff,

v.

Shelley Rubin

    Defendant,

---

ORDER

(Docket No 42)

---

It is hereby ORDERED that the Plaintiff's Unopposed Motion For Leave To Amend The Scheduling Order is GRANTED. Section 7(f) of the Scheduling Order shall be amended, regarding the initial interrogatory deadline, to Oct. 3, 2005, instead of Sept. 1, 2005.

DATE: October 27, 2005

_____
Judge/Magistrate

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE