IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–500–EWN–MJW

JEWISH DEFENSE LEAGUE INC.,

     Plaintiff,

v.

SHELLEY RUBIN,

     Defendant.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion for Expedited Ruling on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction" filed December 2, 2005, is DENIED.

Dated: December 5, 2005